Filing # 110692326 E-Filed 07/23/2020 01:28:21 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA
CIVIL ACTION

CRYSTAL DONNA WAITE

    Plaintiff,

Vs.                                          CASE NO.:

JETBLUE AIRWAYS CORPORATION

    Defendant.
_____/

## COMPLAINT

COMES NOW Plaintiff, CRYSTAL DONNA WAITE (hereinafter referred to as "Plaintiff"), files this Complaint and hereby sues Defendant, JETBLUE AIRWAYS CORPORATION (hereinafter referred to as "Defendant") and says:

1. This is an action by Plaintiff for damages in excess of $30,000.00.

2. Venue is proper in Duval County as the incident occurred in Duval County, Florida.

3. At all times material, Plaintiff, CRYSTAL DONNA WAITE, was *sui juris* and a resident of Smyrna, Cobb County, Georgia.

4. At all times material hereto, JETBLUE AIRWAYS CORPORATION is a Florida corporation, and maintained properties, employees and agents in Duval County, Florida.

5. On or about December 13, 2019, the Defendant owned or leased and was in possession of an airplane, specifically flight 697 from Jacksonville, Florida to Atlanta, Georgia.

6. On or about December 13, 2019, the Defendant was in control of the above described airplane and had the right and duty to maintain the airplane.

7. At that time and place, Plaintiff was an invitee on the subject airplane.

8. At that time and place, Defendant refueled the plane while passengers were on board, causing toxic chemical fumes to circulate in the air which caused Plaintiff to become ill after inhaling the toxins.

9. At that time and place, Defendant negligently refueled the airplane without any warnings to the plaintiff and/or any warnings of hazardous conditions that would result from the aforementioned refueling. Defendant refueled the plane in a way that was not safe.

10. At that time and place, Defendant had common law and statutory duties with regards to the maintenance of the airplane and refueling, which are non-delegable.

11. At that time and place, Defendant had a duty to maintain the airplane in a reasonably safe condition for the safety of passengers on the airplane which includes reasonable efforts to keep the airplane free from negligent/hazardous conditions and/or substances that might foreseeably give rise to loss, injury, or damage.

12. At that time and place, Defendant breached the aforesaid duty and caused Plaintiff to inhale toxic chemical fumes causing injuries/illness to Plaintiff.

13. At that time and place, Defendant acted negligently by failing to warn of the dangerous fumes and refueling with a plane full of passengers, which allowed the fumes to enter the plane and reach the Plaintiff.

14. As a direct and proximate result of the subject incident on the airplane, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, the loss of the ability to earn money, and aggravation of a previously existing condition. These losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE** Plaintiff, CRYSTAL DONNA WAITE demands judgment against Defendant, JETBLUE AIRWAYS CORPORATION for damages, plus prejudgment interest, costs, and demands a trial by jury on all issues triable by jury.

Dated: July 23, 2020

        **VILES & BECKMAN, LLC**
        6350 Presidential Court, Suite A
        Fort Myers, Florida 33919
        Telephone: 239-334-3933
        Facsimile: 239-334-7105
        Email: Maria@vilesandbeckman.com
             AOsborne@vilesandbeckman.com

By: */s/Maria Alaimo, Esq.*
    Maria R. Alaimo, Esquire
    Florida Bar Number: 103870